UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WALTER SAYLES,
CDCR #AL-4748

                              Plaintiff,

        vs.

SERGEANT AMAYA and MERCADO,

                              Defendants.

Case No.:  26-cv-0174-AJB-JLB

**ORDER GRANTING PLAINTIFF'S REQUEST TO SUBSTITUE MERCADO FOR DOE DEFENDANT AND DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS ON DEFENDANT MERCADO PURSUANT TO 28 U.S.C. § 1915(d) & Fed. R. Civ. P. 4(c)(3)**

Plaintiff Walter Sayles is a state prisoner proceeding *pro se* and *in forma pauperis* with a First Amended Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 11.) On April 20, 2026, the Court found the First Amended Complaint passed screening with respect to an Eighth Amendment excessive force claim against Defendant Jane Doe and an Eighth Amendment failure to protect claim against Defendant Amaya, but failed to state a claim against any other Defendant. (Doc. No. 14.) All claims against all Defendants were dismissed with the exception of the Eighth Amendment claims against Amaya and Doe, and Plaintiff was given the option to amend or proceed only with his claims against those Defendants. (*Id*. at 8–10.) Plaintiff was instructed that if he decided to proceed only with

his Eighth Amendment claims against Defendants Amaya and Doe, the Court would issue an Order directing the U.S. Marshal to effect service of the summons and First Amended Complaint on Defendant Amaya, with all other claims and Defendants remaining dismissed from this action. (*Id*.) Plaintiff was informed that he would have the opportunity to later identify the Doe Defendant and substitute in her true name. (*Id*. at 8.)

On April 28, 2026, Plaintiff filed a Notice of his intent to proceed with his Eighth Amendment claims against Defendants Amaya and Doe only and to accept dismissal of the remaining claims against the remaining Defendants. (Doc. No. 15 at 1.) On May 1, 2026, the Court ordered service as to Amaya. (Doc. No. 16.) Plaintiff has now requested to substitute Defendant Mercado for the Doe Defendant in the First Amended Complaint and requests Marshal service as to Mercado. (Doc. Nos. 18–20.)

## CONCLUSION AND ORDER

Accordingly, good cause appearing, the Court:

1.    **GRANTS** Plaintiff's request to substitute Mercado for Doe in the First Amended Complaint.

2.    **DIRECTS** the Clerk to issue a summons as to Plaintiff's First Amended Complaint (Doc. No. 11) for Defendant Mercado and forward it to Plaintiff along with a blank U.S. Marshal Form 285 for this Defendant. The Clerk will provide Plaintiff with certified copies of his First Amended Complaint and the summons so that he may serve the Defendant. Upon receipt of this "In Forma Pauperis Package," Plaintiff must complete the USM Form 285 as completely and accurately as possible, *including an address where Defendant may be found and/or subject to service* pursuant to S.D. Cal. CivLR 4.1(c), and return the form to the United States Marshal according to the instructions the Clerk provides in the letter accompanying the In Forma Pauperis Package.

3.    **ORDERS** the U.S. Marshal to serve a copy of the First Amended Complaint and summons upon Defendant Mercado as directed by Plaintiff on the USM Form 285 provided to him. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

2

4. **ORDERS** Defendant, once served, to reply to Plaintiff's First Amended Complaint and any subsequent pleading Plaintiff files in this matter in which Defendant is named as a party within the time provided by the applicable provisions of Federal Rules of Civil Procedure 12(a) and 15(a)(3). *See* 42 U.S.C. § 1997e(g)(2) (while Defendant may occasionally be permitted to "waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983," once the Court has conducted its *sua sponte* screening Defendant is required to respond).

5. **ORDERS** Plaintiff, after service of the summons and First Amended Complaint, to serve upon Defendant, or if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading, motion, or other document submitted for the Court's consideration pursuant to Fed. R. Civ. P. 5(b). Plaintiff must include with every original document he seeks to file with the Clerk, a certificate stating the manner in which a true and correct copy of that document has been served on Defendant or Defendant's counsel, and the date of that service. *See* S.D. Cal. CivLR 5.2. Any document received by the Court which has not been properly filed with the Clerk or which fails to include a Certificate of Service upon Defendant or Defendant's counsel may be disregarded.

**IT IS SO ORDERED.**

Dated:  May 14, 2026

_____
Hon. Anthony J. Battaglia
United States District Judge

26-cv-0174-AJB-JLB